UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: D & B CONSTRUCTION, INC.     §    Case No. 05-B-23576
                                    §              Hon. A. BENJAMIN GOLDGAR
                                    §              Chapter 7
                                    §
            Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter __7__ of the United States Bankruptcy Code on __06/14/2005__.

The undersigned trustee was appointed on __06/14/2005__.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                            $52,068.42

   Funds were disbursed in the following amounts:

   Administrative expenses                                           $446.38
   Payments to creditors                                             _____
   Non-estate funds paid to 3rd Parties                              _____
   Payments to the debtor                                            _____

   Leaving a balance on hand of [1]                                  $51,622.04

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 10/27/2005____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is _____$5,853.42____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received _____$0.00____ as interim compensation and now requests the sum of _____$5,853.42____, for a total compensation of _____$5,853.42____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of _____$0.00____, and now requests reimbursement for expenses of _____$100.35____, for total expenses of _____$100.35____.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/27/2010_____    By:    /s/ ALLAN J. DeMARS_____
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

# EXHIBIT "A" - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No. 05 B 23576

Case Name: D & B CONSTRUCTION, INC.

For Period Ending: 12/31/10

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 6/14/05 (f)

$341(a) Meeting Date: 7/26/05

Claims Bar Date: 10/27/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref # Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  checking account | 0.00 | 0.00 | | | FA |
| 2  receivables | 10,885.13 | 4,000.00 | | 5,346.51 | FA |
| 3A 1997 GMC Pickup 2985<br>3B 1994 Ford Ranger 750<br>& 3C 1989 Chev. Pickup 250 | 3,985.00 | 4,000.00 | DA | 4,000.00 | FA |
| 4  hand tools | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 5  interest on invested funds | | 308.77 | | 721.91 | |
| 6  preference or fraudulent transfer claim against principals (u) | | 31,000.00 | | 41,000.00 | FA |
| TOTALS (Excluding unknown values) | 40,308.77 | | | 52,068.42 | |

(Total Dollar Amount in Column 6)

Initial Projected Date of Final Report (TFR): August, 2006     Current Projected Date of Final Report (TFR): April 27, 2010

**EXHIBIT "B" - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 05-B-23576
Case Name: D & B CONSTRUCTION, INC.
Taxpayer ID#: 36-3990910
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 86040626649

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/16/05 | Ref 2 | Chicago Public Schools | Drummond and Armstrong receivables | 1121-000 | 1,600.00 | | 1,600.00 |
| 8/24/05 | Ref 2 | Chicago Public Schools | return of check | 1121-000 | (1,600.00) | | 0.00 |
| 8/31/05 | Ref 2 | Robert Cashdollar | from principal of debtor, proceeds of Chicago Public Schools payment | 1121-000 | 1,940.11 | | 1,940.11 |
| 8/31/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 0.07 | | 1,940.18 |
| 9/9/05 | Ref 3 Ref 4 | Robert Cashdollar and Dale Madeda | installment on purchase of vehicles and tools | 1129-000 | 1,500.00 1,000.00 | | 4,440.18 |
| 9/9/05 | Ref 2 | Chicago Public Schools | Young School receivable | 1121-000 | 413.00 | | 4,853.18 |
| 9/13/05 | Ref 2 | Chicago Public Schools | Drummond and Armstrong receivables | 1121-000 | 1,600.00 | | 6,453.18 |
| 9/30/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 4.11 | | 6,457.29 |
| 10/31/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 6.53 | | 6,463.82 |
| 10/31/05 | Ref 3 | Robert Cashdollar and Dale Madeda | final installment re vehicles | 1129-000 | 2,500.00 | | 8,963.82 |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid to/ Received from | 4 Description of Transaction | 5 Uniform Transaction Code | 6 Deposit $ | 7 Disbursement $ | 8 Money Market Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE CARRIED FORWARD | | | | 9,984.36 |
| 10/31/05 | Ref 2 | Chicago Public Schools | Haugen receivable | 1121-000 | 1,000.00 | | 9,984.36 |
| 11/30/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 9.80 | | 9,973.62 |
| 12/31/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 10.74 | | 9,984.36 |
| 4/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 10.94 | | 9,995.30 |
| 9/28/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 9.89 | | 10,005.19 |
| 9/7/06 | Ref 2 | Chicago Public Schools | Mt. Greenwood School receivable | 1121-000 | 393.40 | | 10,398.59 |
| 4/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 11.72 | | 10,410.31 |
| 4/30/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 11.47 | | 10,421.78 |
| 5/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.76 | | 10,434.54 |
| 6/30/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.78 | | 10,447.32 |
| 7/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.22 | | 10,460.54 |
| 8/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.27 | | 10,473.81 |
| 9/30/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.69 | | 10,487.50 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| | | | BALANCE CARRIED FORWARD | | | | 10,528.22 |
| 10/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 14.16 | | 10,501.66 |
| 11/30/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.61 | | 10,515.27 |
| 12/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.95 | | 10,528.22 |
| 1/9/07 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 34.32 | 10,506.78 |
| 1/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.88 | | 10,541.10 |
| 2/28/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 11.63 | | 10,518.41 |
| 3/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.01 | | 10,531.42 |
| 4/30/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.90 | | 10,544.32 |
| 5/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.34 | | 10,557.66 |
| 6/30/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.93 | | 10,570.59 |
| 7/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.38 | | 10,583.97 |
| 8/9/07 | Ref 6 | Dale Madeda | settlement of Adversary Complaint payment | 1241-000 | 5,000.00 | | 15,583.97 |
| 8/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.88 | | 15,601.85 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/30/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 19.11 | | 15,620.96 |
| 10/22/07 | Ref 6 | Metropolitan Title Company (Cashdollar) | payment on judgment | 1241-000 | 26,000.00 | | 41,620.96 |
| 10/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 36.40 | | 41,657.36 |
| 11/30/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 70.87 | | 41,728.23 |
| 12/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 60.36 | | 41,788.59 |
| | | BALANCE CARRIED FORWARD | | | | | 41,788.59 |
| 1/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 45.90 | | 41,834.49 |
| 2/8/08 | Check 1002 | International Sureties, Ltd. | bond premium | 2300-000 | | 48.38 | 41,786.11 |
| 2/29/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 16.56 | | 41,802.67 |
| 3/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.70 | | 41,820.37 |
| 4/30/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.14 | | 41,837.51 |
| 5/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.72 | | 41,855.23 |
| 6/30/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.15 | | 41,872.38 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| | | | BALANCE CARRIED FORWARD | | | | |
| 7/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.73 | | 41,890.11 |
| 8/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.74 | | 41,907.85 |
| 9/30/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 16.89 | | 41,924.74 |
| 10/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 8.36 | | 41,933.10 |
| 11/30/08 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.43 | | 41,936.53 |
| 12/31/08 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 2.23 | | 41,938.76 |
| | | | BALANCE CARRIED FORWARD | | | | 41,938.76 |
| 1/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 0.71 | | 41,939.47 |
| 2/5/09 | Check 1003 | International Sureties, Ltd. | bond premium | 2300-000 | | 62.76 | 41,876.71 |
| 2/28/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 0.64 | | 41,877.35 |
| 3/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 2.64 | | 41,879.99 |
| 4/30/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.44 | | 41,883.43 |
| 5/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.55 | | 41,886.98 |
| 6/30/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.45 | | 41,890.43 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.56 | | 41,893.99 |
| 8/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.56 | | 41,897.55 |
| 9/30/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.44 | | 41,900.99 |
| 10/20/09 | Check 1004 | United States Treasury | fee for copies of tax returns | 2990-000 | | 171.00 | 41,729.99 |
| 10/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.55 | | 41,733.54 |
| 11/30/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.43 | | 41,736.97 |
| 12/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.54 | | 41,740.51 |
| 1/31/10 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.54 | | 41,744.05 |
| 2/9/10 | Check 1005 | International Sureties, Ltd. | bond premium | 2300-000 | | 129.92 | 41,614.13 |
| 2/28/10 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.20 | | 41,617.33 |
| 3/8/10 | Ref 6 | Figliulo & Silverman clients' fund account | final settlement payment from Robert Cashdollar, principal of debtor | 1241-000 | 10,000.00 | | 51,617.33 |
| 3/31/10 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 4.15 | | 51,621.48 |
| 4/5/10 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 0.56 | | 51,622.04 |
| | | | | COLUMN TOTALS | 52,068.42 | 446.38 | 51,622.04 |
| | | | | Less: Bank transfers/CD | | | |

| | Subtotal | 52,068.42 | 316.46 | 51,622.04 |
|---|---|---|---|---|
| | Less: Payments to debtor(s) | | | |
| | Net | 52,068.42 | 316.46 | 51,622.04 |

| | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking# | | | |
| Money Market # 8604062649 | 52,068.42 | 316.46 | 51,622.04 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 52,068.42 | 316.46 | 51,622.04 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No: 05-23576
Case Name: D & B CONSTRUCTION, INC.
Trustee Name: ALLAN J. DeMARS

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee  ALLAN J. DeMARS | $5,853.42 | $100.35 |
| Attorney for trustee  ALLAN J. DeMARS | $18,986.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant  LOIS WEST/POPOWCER KATTEN LTD | $2,042.50 | |
| Special Attorney for trustee  DAVID LIEBOWITZ/ LIEBOWITZ LAW CENTER | $4,557.50 | $338.48 |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

UST Form 101-7-TFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | | |
| Attorney for | | |
| Accountant for | | |
| Appraiser for | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling ____$409.00____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 15 | Illinois Department of Revenue | $409.00 | $409.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling ____$152,240.87____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __12.7__ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number* | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Poli Contracting, Inc. | $826.99 | $105.03 |
| 2 | Jendra Tax Services | $2,400.00 | $304.80 |
| 3 | Fettes Love & Sieben Plumbing | $2,900.00 | $368.30 |
| 4 | Dorbin Metal Strip Mfg. Co. | $935.00 | $118.75 |
| 6 | Byrne-Johnson Roofing, Inc. | $1,700.00 | $215.90 |
| 7 | Law Offices of Martin D. Tasch PC | $12,454.00 | $1,581.67 |
| 8 | Chi Hollow Metal | $17,716.00 | $2,249.96 |
| 9 | Lally Bros., Inc. | $6,165.00 | $782.96 |
| 10 | Magellan Maritime Services | $1,150.00 | $146.05 |
| 11 | T & S Masonry Restoration | $9,690.50 | $1,230.71 |
| 12 | Consolidated Tile & Carpet | $10,639.06 | $1,351.17 |
| 13 | Painters Union Local #14 | $1,746.95 | $221.87 |

UST Form 101-7-TFR (9/1/2009)

| 14 | Arc One, successor to Builders Specialties & Hardware | $82,248.37 | $10,445.65 |
|---|---|---|---|
| 15 | Illinois Dept. of Revenue | $1,669.00 | $211.97 |

Tardily filed claims of general (unsecured) creditors totaling _____$0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___0___ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____$0.00 .

UST Form 101-7-TFR (9/1/2009)