UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: D & B CONSTRUCTION, INC. § Case No. 05 B 23576
§ Hon. A. BENJAMIN GOLDGAR
§ Chapter 7
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street-7th Floor-Chicago, IL 60604

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objections upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:00 a.m. on JUNE 16, 2010 in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court

By: /s/ Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street-Suite 910-Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: D & B CONSTRUCTION, INC.   § Case No. 05 B 23576
§ Hon. A. BENJAMIN GOLDGAR
§ Chapter 7
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $52,068.42 |
| *and approved disbursements of* | $446.38 |
| *leaving a balance on hand of*[1] | $51,622.04 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| Trustee   ALLAN J. DeMARS | $5,853.42 | $100.35 |
| Attorney for trustee   ALLAN J. DeMARS | $18,986.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant   LOIS WEST/POPOWCER KATTEN LTD. | $2,042.50 | |
| Special Attorney for trustee   DAVID LIEBOWITZ/ LEIBOWITZ LAW CENTER | $4,557.50 | $338.48 |
| Charges,   U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$409.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 15 | Illinois Department of Revenue | $409.00 | $409.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$152,240.87_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __12.7__ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Poli Contracting, Inc. | $826.99 | $105.03 |
| 2 | Jendra Tax Services | $2,400.00 | $304.80 |
| 3 | Fettes Love & Sieben Plumbing | $2,900.00 | $368.30 |
| 4 | Dorbin Metal Strip Mfg. Co. | $935.00 | $118.75 |
| 6 | Byrne-Johnson Roofing, Inc. | $1,700.00 | $215.90 |
| 7 | Law Offices of Martin D. Tasch PC | $12,454.00 | $1,581.67 |
| 8 | Chi Hollow Metal | $17,716.00 | $2,249.96 |
| 9 | Lally Bros., Inc. | $6,165.00 | $782.96 |
| 10 | Magellan Maritime Services | $1,150.00 | $146.05 |
| 11 | T & S Masonry Restoration | $9,690.50 | $1,230.71 |
| 12 | Consolidated Tile & Carpet | $10,639.06 | $1,351.17 |
| 13 | Painters Union Local #14 | $1,746.95 | $221.87 |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 14 | Arc One, successor to Builders Specialties & Hardware | $82,248.37 | $10,445.65 |
| 15 | Illinois Department of Revenue | $1,669.00 | $211.97 |

Tardily filed claims of general (unsecured) creditors totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___0___ percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____$0.00_____.


Prepared By:  /s/ ALLAN J. DeMARS
                            Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street- Suite 910
Chicago, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                 Page 1 of 2                   Date Rcvd: May 20, 2010
Case: 05-23576                Form ID: pdf006              Total Noticed: 60

The following entities were noticed by first class mail on May 22, 2010.
db          +D & B Construction Inc,    15701 S Cicero Ave,    Oak Forest, IL 60452-3628
aty         +Brian G. Snyder,    Drew and Snyder,    7622 West 159th Street,    Orland Park, IL 60462-5402
aty         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty         +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr          +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
9452332     +B & B Construction,    11950 West 143rd Avenue,    Cedar Lake, IN 46303-8737
9452333     +B & R Towing Inc.,    P.O. Box 945,    Midlothian, IL 60445-0945
9452335      BSH Builders Specialties & Hardware,    2312 Oak Leaf Street,    Joliet, IL 60436-1065
9452334     +Bookkeeping on the Go,    618 Canterbury Road,    Griffith, IN 46319-3068
9452336      Builder Specialties & Hardware LLC,    2312 Oak Leaf Street,    Joliet, IL 60436-1065
9452337     +Builders Specialties & Hardware LLC,    c/o Wildman, Harrold, Allen, & Dixo,
              2300 Cabot Drive, Suite 455,    Lisle, IL 60532-4613
9452338     +Byrne-Johnson Roofing, Inc.,    7575 West 175th Street,    Tinley Park, IL 60477-3703
9452339     +Chi. Hollow Metal, dba Door Doctors,    c/o Law Offices of Morelli & Cook,    403 W. Galena Blvd.,
              Aurora, IL 60506-3947
9452340     +Chicago Coatings Inc.,    Post Office Box 125,    Lemont, IL 60439-0125
9452341      Chicago Hollow Metal,    38 West 640 Sunset Drive,    Saint Charles, IL 60175
9452342      Cingular Wireless,    Financial Asset Management Systems,    P.O. Box 926050,
              Norcross, GA 30010-6050
9452343      Citybank USA, N.A.,    Post Office Box 689132,    Des Moines, IA 50368-9132
9452344     +Collections 'R' US, Inc.,    9715 West Broward Blvd.,    Suite 270,
              Fort Lauderdale, FL 33324-2351
9452345     +Computeam Service Corp,    15028 South Cicero Avenue,    Oak Forest, IL 60452-1438
9452346     +Consolidated Tile & Carpet,    9981 B W. 190th Street,    Mokena, IL 60448-5613
9452347     +Contracting Acoustical Supply,    4234 West 166th Place,    Oak Forest, IL 60452-4609
9452348     +D & B Receivable Management Service,    4836 Brecks Vill Road,    Post Office Box 523,
              Richfield, OH 44286-0523
9452349     +Dorbin Metal Strip MFG Co Inc.,    2410 South Cicero Avenue,    Cicero, IL 60804-3442
9452350     +Fettes Love & Sieben Plumbing,    4325 North Lincoln Avenue,    Chicago, IL 60618-1797
9665035     +Fettes Love & Sieben Plumbing,    c/o Julia E Jensen Esq,    DiMonte & Lizak, LLC,
              216 W Higgins Rd,    Park Ridge, IL 60068-5706
9452351     +Grochocinski, Grochocinski & Lloyd,    1900 Rivinia Place,    Orland Park, IL 60462-3760
9452352      Harold Saalfeld,    Post Office Box 1331,    Northbrook, IL 60065-1331
9452353     +Home Building Supply LLC,    17532 Duvan Drive,    Tinley Park, IL 60477-3631
10833445   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,
              100 West Randolph Street  Level 7-410,    Chicago, Illinois  60601)
9452354      Innerform Corporation,    Post Office Box 7200,    Villa Park, IL 60181-7200
9452355      Integrity Locksmiths Inc.,    Post Office Box 2176,    Joliet, IL 60434-2176
9452356     +J & L Metal Doors,    8305 West 183rd Place,    Tinley Park, IL 60487-9364
9452357      J & L Metal Doors Inc.,    Post Office Box 671,    Chicago Heights, IL 60412-0671
9452358     +Janroy,    104 Oaklawn Avenue,    Oswego, IL 60543-9677
9452359     +Jendra Tax Service LTD,    13057 Manistee,    Chicago, IL 60633-1714
9452360     +Jose Drapery Company,    6160 North Cicero Avenue,    Suite 330,    Chicago, IL 60646-4331
9452361     +Kavanaugh Plumbing Company Inc.,    9318 Golfstream Road,    Unit A,    Frankfort, IL 60423-2538
9452362     +LALLY BROS. Inc.,    c/o Stein and Rotman,    105 W. Madison, Suite 600,    Chicago, IL 60602-4672
9452363     +Lally Bros. Masonry,    17141 South Kerry Avenue,    Orland Park, IL 60467-8889
9452364     +Law Offices of James G. Richert P.C,    10723 West 159th Street,    Orland Park, IL 60467-4531
9452365     +Law Offices of Mallon and Dicara,    236 Shady Lane,    Barrington, IL 60010-2134
9452366     +Law Offices of Martin D. Tasch P.C.,    1200 Jorie Blvd,    Suite 329,    Oak Brook, IL 60523-2283
9452367     +M & M Glass Service, Inc.,    4047 West 147th Street,    Midlothian, IL 60445-3397
9452369      MCI,    Post Office Box 4644,    Iowa City, IA 52244-4644
9452370     +MLC Remodling Inc.,    11950 West 143rd Avenue,    Cedar Lake, IN 46303-8737
9452368     +Magellan Maritime Services,    10300 South Cicero Avenue,    Oak Lawn, IL 60453-4702
9452371     +Nutoys,    Box 2121,    La Grange, IL 60525-8221
9452372     +Painters Union Local #14,    1456 West Adams Street,    Chicago, IL 60607-2897
9452373     +Polco Flooring Inc.,    5042 South Linder Avenue,    Stickney, IL 60638-1740
9452374     +Poli Contracting Inc.,    22806 West Loon Lake Blvd,    Antioch, IL 60002-7520
9452375     +Powers Safe & Lock Inc,    17745 Oak Park Avenue,    Tinley Park, IL 60477-3935
9452376      Proconsulting Services, Inc.,    Collection Division,    Post Office Box 66768,
              Houston, TX 77266-6768
9452377      Quill Corporation,    Post Office Box 94081,    Palatine, IL 60094-4081
9452378     +Rental Max,    908 East Roosevelt Road,    Wheaton, IL 60187-5651
9452379     +Sosin Lawler & Arnold Ltd,    11800 South 75th Avenue,    Suite 300,    Palos Heights, IL 60463-1064
9452380     +Stein & Rotman,    105 West Madison Street,    Chicago, IL 60602-4602
9452381     +T&S Masonry Restoration,    15336 Devon Shire Lane,    Orland Park, IL 60462-6767
9452382      The Door Doctors Inc.,    38 West 640 Sunset Drive,    Saint Charles, IL 60175
9452383     +The Sherwin Williams Co.,    8903 West 159th Street,    Tinley Park, IL 60487-5918
9452384     +Wildman, Harrold, Allen, & Dixon,    2300 Cabot Drive,    Suite 455,    Lisle, IL 60532-4613

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Chaya D Williams
aty          Laura Barrientos-DuVall
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: lhuley            Page 2 of 2            Date Rcvd: May 20, 2010
Case: 05-23576                 Form ID: pdf006         Total Noticed: 60

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2010**          **Signature:**   _Joseph Speetjens_