UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: D & B CONSTRUCTION, INC.   § Case No. 05 B - 23576
§ CHAPTER 7
§ Hon. A. BENJAMIN GOLDGAR
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $19,743.79 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $32,324.63 | | |

3) Total gross receipts of $52,068.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $52,068.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from Exhibit 3) | $50,697.54 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $32,324.63 | $32,324.63 | $32,324.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $0.00 | $409.00 | $409.00 | $409.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $609,862.48 | $152,240.87 | $152,240.87 | $19,334.79 |
| TOTAL DISBURSEMENTS | $660,560.02 | $184,974.50 | $184,974.50 | $52,068.42 |

4) This case was originally filed under chapter 7 on 06/14/2005.
The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2010                By: /s/ ALLAN J. DeMARS
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| receivables | 1121-000 | $5,346.51 |
| right, title and interest in vehicles and tools | 1129-000 | $5,000.00 |
| recovery of preference/fraudulent transfer | 1241-000 | $41,000.00 |
| interest on invested funds | 1270-000 | $721.91 |
| **TOTAL GROSS RECEIPTS** | | **$52,068.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 3 Scheduled | | $50,697.54 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$50,697.54** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 -- CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties Ltd | 2300-000 | N/A | $275.38 | $275.38 | $275.38 |
| Internal Revenue Service - copies of returns | 2990-000 | N/A | $171.00 | $171.00 | $171.00 |
| Allan J. DeMars | 2100-000 | N/A | $5,853.42 | $5,853.42 | $5,853.42 |
| Allan J. DeMars | 2200-000 | N/A | $100.35 | $100.35 | $100.35 |
| Allan J. DeMars | 3110-000 | N/A | $18,986.00 | $18,986.00 | $18,986.00 |
| Lois West/Popowcer Katten, Ltd. | 3410-000 | N/A | $2,042.50 | $2,042.50 | $2,042.50 |
| David Liebowitz | 3220-000 | N/A | $4,557.50 | $4,557.50 | $4,557.50 |
| David Liebowitz | 3220-610 | N/A | $338.48 | $338.48 | $338.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $32,324.63 | $32,324.63 | $32,324.63 |

## EXHIBIT 5 -- PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 -- PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Dept of Revenue | 5800-000 | $0.00 | $409.00 | $409.00 | $409.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $409.00 | $409.00 | $409.00 |

## EXHIBIT 7 -- GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (9/1/2009)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 47 scheduled creditors with no claim filed | 7100-000 | $583,868.03 | $0.00 | $0.00 | $0.00 |
| 13 scheduled creditors with claims filed | 7100-000 | $25,994.45 | $150,571.87 | $150,571.87 | $19,122.82 |
| 1 unscheduled claim | 7100-000 | $0.00 | $1,669.00 | $1,669.00 | $211.97 |
| TOTAL GENERAL UNSECURED CLAIMS | | $609,861.98 | $152,240.87 | $152,240.87 | $19,334.79 |

UST Form 101-7-TDR (9/1/2009)

# EXHIBIT "8" – FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No. 05 B 23576
Case Name: D & B CONSTRUCTION, INC.
For Period Ending: 12/31/10

Trustee Name: Allan J. DeMars
Date Filed (f) or Converted (c): 6/14/05 (F)
$341(a) Meeting Date: 7/26/05
Claims Bar Date: 10/27/05

| Ref # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account | 0.00 | 0.00 | | | FA |
| 2 | receivables | 10,885.13 | 4,000.00 | | 5,346.51 | FA |
| 3A | 1997 GMC Pickup 2985 | 3,985.00 | 4,000.00 | | 4,000.00 | FA |
| 3B & 3C | 1994 Ford Ranger 750 1989 Chev. Pickup 250 | | | DA | | |
| 4 | hand tools | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 5 | interest on invested funds | | 308.77 | | 721.91 | |
| 6 | preference or fraudulent transfer claim against principals (u) | | 31,000.00 | | 41,000.00 | FA |

TOTALS (Excluding unknown values)   40,308.77   52,068.42
(Total Dollar Amount in Column 6)

Initial Projected Date of Final Report (TFR): August, 2006    Current Projected Date of Final Report (TFR): April 27, 2010

**EXHIBIT 9 - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 05-B-23576
Case Name: D & B CONSTRUCTION, INC.
Taxpayer ID#: 36-3990910
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 8604062649

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/16/05 | Ref 2 | Chicago Public Schools | Drummond and Armstrong receivables | 1121-000 | 1,600.00 | | 1,600.00 |
| 8/24/05 | Ref 2 | Chicago Public Schools | return of check | 1121-000 | (1,600.00) | | 0.00 |
| 8/31/05 | Ref 2 | Robert Cashdollar | from principal of debtor, proceeds of Chicago Public Schools payment | 1121-000 | 1,940.11 | | 1,940.11 |
| 8/31/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 0.07 | | 1,940.18 |
| 9/9/05 | Ref 3 Ref 4 | Robert Cashdollar and Dale Madeda | installment on purchase of vehicles and tools | 1129-000 | 1,500.00 1,000.00 | | 4,440.18 |
| 9/9/05 | Ref 2 | Chicago Public Schools | Young School receivable | 1121-000 | 413.00 | | 4,853.18 |
| 9/13/05 | Ref 2 | Chicago Public Schools | Drummond and Armstrong receivables | 1121-000 | 1,600.00 | | 6,453.18 |
| 9/30/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 4.11 | | 6,457.29 |
| 10/31/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 6.53 | | 6,463.82 |
| 10/31/05 | Ref 3 | Robert Cashdollar and Dale Madeda | final installment re vehicles | 1129-000 | 2,500.00 | | 8,963.82 |
| 10/31/05 | Ref 2 | Chicago Public Schools | Haugen receivable | 1121-000 | 1,000.00 | | 9,963.82 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| | | | BALANCE CARRIED FORWARD | | | | 9,984.36 |
| 11/30/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 9.80 | | 9,973.62 |
| 12/31/05 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 10.74 | | 9,984.36 |
| 1/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 10.94 | | 9,995.30 |
| 2/28/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 9.89 | | 10,005.19 |
| 3/31/06 | Ref 2 | Chicago Public Schools | Mt. Greenwood School receivable | 1121-000 | 393.40 | | 10,398.59 |
| 3/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 11.72 | | 10,410.31 |
| 4/30/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 11.47 | | 10,421.78 |
| 5/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.76 | | 10,434.54 |
| 6/30/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.78 | | 10,447.32 |
| 7/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.22 | | 10,460.54 |
| 8/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.27 | | 10,473.81 |
| 9/30/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.69 | | 10,487.50 |
| 10/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 14.16 | | 10,501.66 |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid to/ Received from | 4 Description of Transaction | 5 Uniform Transaction Code | 6 Deposit $ | 7 Disbursement $ | 8 Money Market Balance |
|---|---|---|---|---|---|---|---|
| | | BALANCE CARRIED FORWARD | | | | | 10,528.22 |
| 11/30/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.61 | | 10,515.27 |
| 12/31/06 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.95 | | 10,528.22 |
| 1/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.88 | | 10,541.10 |
| 2/29/07 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 34.32 | 10,506.78 |
| 2/28/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 11.63 | | 10,518.41 |
| 3/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.01 | | 10,531.42 |
| 4/30/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.90 | | 10,544.32 |
| 5/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.34 | | 10,557.66 |
| 6/30/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 12.93 | | 10,570.59 |
| 7/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 13.38 | | 10,583.97 |
| 8/9/07 | Ref 6 | Dale Madeda | settlement of Adversary Complaint payment | 1241-000 | 5,000.00 | | 15,583.97 |
| 8/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.88 | | 15,601.85 |
| 9/30/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 19.11 | | 15,620.96 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/22/07 | Ref 6 | Metropolitan Title Company (Cashdollar) | payment on judgment | 1241-000 | 26,000.00 | | 41,620.96 |
| 10/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 36.40 | | 41,657.36 |
| 11/30/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 70.87 | | 41,728.23 |
| 12/31/07 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 60.36 | | 41,788.59 |
| | | | BALANCE CARRIED FORWARD | | | | 41,788.59 |
| 1/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 45.90 | | 41,834.49 |
| 2/8/08 | Check 1002 | International Sureties, Ltd. | bond premium | 2300-000 | | 48.38 | 41,786.11 |
| 2/29/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 16.56 | | 41,802.67 |
| 3/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.70 | | 41,820.37 |
| 4/30/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.14 | | 41,837.51 |
| 5/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.72 | | 41,855.23 |
| 6/30/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.15 | | 41,872.38 |
| 7/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.73 | | 41,890.11 |
| 8/31/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 17.74 | | 41,907.85 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/30/08 | Ref 5 | LaSalle Bank | interest on invested funds | 1270-000 | 16.89 | | 41,924.74 |
| 10/31/08 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 8.36 | | 41,933.10 |
| 11/30/08 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.43 | | 41,936.53 |
| 12/31/08 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 2.23 | | 41,938.76 |
| | | | BALANCE CARRIED FORWARD | | | | 41,938.76 |
| 1/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 0.71 | | 41,939.47 |
| 2/25/09 | Check 1003 | International Sureties, Ltd. | bond premium | 2300-000 | | 62.76 | 41,876.71 |
| 2/28/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 0.64 | | 41,877.35 |
| 3/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 2.64 | | 41,879.99 |
| 4/30/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.44 | | 41,883.43 |
| 5/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.55 | | 41,886.98 |
| 6/30/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.45 | | 41,890.43 |
| 7/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.56 | | 41,893.99 |
| 8/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.56 | | 41,897.55 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/30/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.44 | | 41,900.99 |
| 10/20/09 | Check 1004 | United States Treasury | fee for copies of tax returns | 2990-000 | | 171.00 | 41,729.99 |
| 10/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.55 | | 41,733.54 |
| 11/30/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.43 | | 41,736.97 |
| 12/31/09 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.54 | | 41,740.51 |
| 1/31/10 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.54 | | 41,744.05 |
| 2/9/10 | Check 1005 | International Sureties, Ltd. | bond premium | 2300-000 | | 129.92 | 41,614.13 |
| 2/8/10 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 3.20 | | 41,617.33 |
| 3/8/10 | Ref 6 | Figliulo & Silverman clients' fund account | final settlement payment from Robert Cashdollar, principal of debtor | 1241-000 | 10,000.00 | | 51,617.33 |
| 3/31/10 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 4.15 | | 51,621.48 |
| 5/5/10 | Ref 5 | Bank of America | interest on invested funds | 1270-000 | 0.56 | | 51,622.04 |
| 6/16/10 | Check 1006 | Allan J. DeMars | trustee's fees | 2100-000 | | 5,853.42 | 45,768.62 |
| 6/16/10 | Check 1007 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 100.35 | 45,668.27 |
| 6/16/10 | Check 1008 | Allan J. DeMars | attorney's fees | 3110-000 | | 18,986.00 | 26,682.27 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/16/10 | Check 1009 | Lois West/Popowcer Katten, Ltd. | accountant's fees | 3410-000 | | 2,042.50 | 24,639.77 |
| 6/16/10 | Check 1010 | David Liebowitz/ Liebowitz Law Center | special counsel's fees | 3220-000 | | 4,557.50 | 20,082.27 |
| 6/16/10 | Check 1011 | David Liebowitz/ Liebowitz Law Center | special counsel's reimbursement of expenses | 3220-610 | | 338.48 | 19,743.79 |
| 6/16/10 | Check 1012 | Illinois Department of Revenue | | 507(a)(8) | | 409.00 | 19,334.79 |
| 6/16/10 | Check 1013 | Poli Contracting, Inc. | 726(a)(2); 12.7001% | 7100-000 | | 105.03 | 19,229.76 |
| 6/16/10 | Check 1014 | Jendra Tax Services | 726(a)(2); 12.7001% | 7100-000 | | 304.80 | 18,924.96 |
| 6/16/10 | Check 1015 | Fettes Love & Sieben Plumbing | 726(a)(2); 12.7001% | 7100-000 | | 368.30 | 18,556.66 |
| 6/16/10 | Check 1016 | Dorbin Metal Strip Mfg. Co. | 726(a)(2); 12.7001% | 7100-000 | | 118.75 | 18,437.91 |
| 6/16/10 | Check 1017 | Byrne-Johnson Roofing, Inc. | 726(a)(2); 12.7001% | 7100-000 | | 215.90 | 18,222.01 |
| 6/16/10 | Check 1018 | Law Offices of Martin D. Tasch PC | 726(a)(2); 12.7001% | 7100-000 | | 1,581.67 | 16,640.34 |
| 6/16/10 | Check 1019 | Chi Hollow Metal | 726(a)(2); 12.7001% | 7100-000 | | 2,249.96 | 14,390.38 |
| 6/16/10 | Check 1020 | Lally Bros., Inc. | 726(a)(2); 12.7001% | 7100-000 | | 782.96 | 13,607.42 |
| 6/16/10 | Check 1021 | Magellan Maritime Services | 726(a)(2); 12.7001% | 7100-000 | | 146.05 | 13,461.37 |

Kavanagh Plumbing Co., Inc.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/16/10 | Check 1022 | T & S Masonry Restoration | 726(a)(2); 12.70013% | 7100-000 | | 1,230.71 | 12,230.66 |
| 6/16/10 | Check 1023 | Consolidated Tile & Carpet | 726(a)(2); 12.70013% | 7100-000 | | 1,351.17 | 10,879.49 |
| 6/16/10 | Check 1024 | Painters Union Local #14 | 726(a)(2); 12.70013% | 7100-000 | | 221.87 | 10,657.62 |
| 6/16/10 | Check 1025 | Arc One, successor to Builders Specialties & Hardware | 726(a)(2); 12.70013% | 7100-000 | | 10,445.65 | 211.97 |
| 6/16/10 | Check 1026 | Illinois Dept of Revenue | 726(a)(2); 12.70013% | 7100-000 | | 211.97 | 0.00 |
| | | | | COLUMN TOTALS | 52,068.42 | 52,068.42 | |
| | | | | Less: Bank transfers/CD | | | |
| | | | | Subtotal | 52,068.42 | 52,068.42 | |
| | | | | Less: Payments to debtor(s) | | | |
| | | | | Net | 52,068.42 | 52,068.42 | |

```
                                              NET           NET
                                            DEPOSITS    DISBURSEMENTS
TOTAL - ALL ACCOUNTS                                                     BALANCES
   Checking#                                52,068.42      52,068.42       0.00
   Money Market # 860406264 9                                              0.00
   Savings #                                                               0.00
   CD #CDI                                                                 0.00
Net                                         52,068.42      52,068.42       0.00
                                          Excludes account  Excludes payments  Total Funds
                                            transfers        to debtor         on Hand
```